Charles A. INKO–TARIAH,
Plaintiff—Appellant,

v.

Harley G. LAPPIN, Director, Federal Bureau of Prisons; Art F. Beeler, Warden, Federal Medical Center, Butner; Mona Horton, Supervisor of Education, Federal Medical Center, Butner; Mary Ellis, Director of Nursing, Federal Medical Center, Butner, Defendants–Appellees.

No. 07–6242.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2007.

Decided: Aug. 16, 2007.

Charles A. Inko–Tariah, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Inko–Tariah appeals the dismissal of his complaint alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131 *et seq.* (ADA); Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (RA); 42 U.S.C. § 1983; and the North Carolina Anti–Discrimination statute codified at North Carolina General Statutes § 168A.

Because the district court failed to address Inko–Tariah's RA claims, we remand to the district court for the limited purpose of considering these claims. Upon disposition of this claim, the district court should return the record as supplemented to this court for final adjudication of Inko–Tariah's appeal.

*REMANDED.*